No. 37. McHARG *v.* GRIMES SAVINGS BANK. October 10, 1932. Petition for writ of certiorari to the Supreme

600

Court of Iowa denied. *Mr. Hiram S. Hunn* for petitioner. *Mr. John G. Myerly* for respondent.